UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

MONIQUE DAVIS,

Plaintiff,

-against-

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

Defendant.

------------------------------------x

**MEMORANDUM & ORDER**
20-CV-4282 (EK)(PCG)

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Cross-Goldenberg's Report and Recommendation (R&R) dated August 19, 2026. ECF No. 28. Judge Cross-Goldenberg recommends that the Court grant Osborn Law P.C.'s motion for attorneys' fees pursuant to 42 U.S.C. § 406(b) and award counsel $17,958.50. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Cross-Goldenberg's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, Osborn Law P.C.'s motion for attorneys' fees pursuant to 42 U.S.C. § 406(b)

is granted and such fees are awarded in the amount of $17,958.50, to be paid by the Commissioner out of the proceeds awarded to plaintiff as past-due benefits. Within five business days of receiving the Section 406(b) fees, plaintiff's counsel is ordered to refund to plaintiff the $6,045.60 in attorneys' fees previously awarded pursuant to the Equal Access to Justice Act, and to file a declaration stating they have done so on the docket.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: September 3, 2026
Brooklyn, New York